**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-21150 |
| | § | |
| LEONARDO ESTRADA | § | |
| IRENE MORALES | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/16/2017.  The undersigned trustee was appointed on 07/16/2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                                          $13,300.15

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $17.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $3,771.08 |
| | |
| Leaving a balance on hand of[1] | $9,512.07 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/28/2018 and the deadline for filing government claims was 02/28/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,702.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,702.91, for a total compensation of $1,702.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $37.22, for total expenses of $37.22.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/29/2018                                      By:   /s/ David P. Leibowitz
                                                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1          Exhibit A

| Case No.: | 17-21150 | Trustee Name: | David Leibowitz |
| Case Name: | ESTRADA, LEONARDO  AND MORALES, IRENE | Date Filed (f) or Converted (c): | 07/16/2017 (f) |
| For the Period Ending: | 7/29/2018 | §341(a) Meeting Date: | 08/16/2017 |
|  |  | Claims Bar Date: | 02/28/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Single-family home 518 Normal Ave Chicago Heights, IL - 60411-0000 Cook | $105,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2016 Chrysler Town and County Van | $19,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2004 Dodge Ram (179k miles) | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CarMax Appraisal: $700 | | | | | |
| 4 | Personal possessions in home at liquidation value | $1,899.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value updated per amended schedule B filed 09/06/2017 (dkt #18). | | | | | |
| 5 | Personal clothing | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Necklaces, earrings, wedding band. | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Checking US Bank | $862.45 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedule B filed 11/02/2017 (dkt #24) | | | | | |
| 8 | Savings US Bank | $50.00 | $0.00 | | $0.00 | FA |
| 9 | 401k Employer | $1,066.00 | $0.00 | | $0.00 | FA |
| 10 | Fraudulent transfer claim for recovery of payments made to Citibank for charges on debtor's father's credit card (u) | $0.00 | $5,900.00 | | $5,000.00 | FA |
| **Asset Notes:** | Payments were disclosed on SOFA and on original schedule B (later deleted); Trustee demanded recovery from Citibank on fraudulent transfer grounds and obtained settlement for $5,000, approved by order dated 02/01/2018 (dkt #33). | | | | | |
| 11 | 2016 Tax Refund: $6492 (EIC: $301; CTC: $4000) (u) | $2,191.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amended schedule B filed 09/06/2017 (dkt #18). | | | | | |
| 12 | IL Unclaimed Funds (Claim #6806368) (u) | $0.00 | $102.15 | | $102.15 | FA |
| **Asset Notes:** | Submitted 2/12/18 | | | | | |
| 13 | 2017 Federal Income Tax Refund (u) | $0.00 | $4,426.92 | | $8,198.00 | FA |
| **Asset Notes:** | Debtors' Pro-Rated Portion: $3771.08 | | | | | |
| 14 | 2016 IL Tax Refund (u) | $537.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amended schedule B filed 11/02/2017 (dkt #24) | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit A

| | |
|---|---|
| **Case No.:** | 17-21150 |
| **Case Name:** | ESTRADA, LEONARDO  AND MORALES, IRENE |
| **For the Period Ending:** | 7/29/2018 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/16/2017 (f) |
| **§341(a) Meeting Date:** | 08/16/2017 |
| **Claims Bar Date:** | 02/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $134,305.45 | $10,429.07 | | $13,300.15 | $0.00 |

**Major Activities affecting case closing:**

06/30/2018     2018 Reporting Period:

The Trustee recovered $5,000.00 from Citibank for a fraudulent transfer made by the Debtor to pay his father's credit card bill.  Additionally, the Trustee recovered unclaimed funds held
in the Debtors' names by the Illinois Treasurer, and intercepted Debtors' 2017 Federal Income Tax refund, of which, the estate portion is $4,426.92.

The case is now ready for TFR, which the Trustee anticipates submitting for review by July 30, 2018.

**Initial Projected Date Of Final Report (TFR):**     11/22/2018          **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No. | 17-21150 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO AND MORALES, IRENE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2527 | | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | **-***2528 | | | Account Title: | |
| For Period Beginning: | 7/16/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/29/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2018 | (10) | Citibank, NA | Settlement of fraudulent transfer claim for recovery of payments made to Citibank | 1241-000 | $5,000.00 | | $5,000.00 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.42 | $4,995.58 |
| 03/23/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $8,198.00 | | $13,193.58 |
| | {13} | | Estate Portion - 2017 Federal Income Tax Refund $4,426.92 | 1224-000 | | | $13,193.58 |
| | {13} | | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund $3,771.08 | 1280-002 | | | $13,193.58 |
| 03/23/2018 | 3001 | LEONARDO ESTRADA & IRINA MORALES | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $3,771.08 | $9,422.50 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $12.58 | $9,409.92 |
| 04/06/2018 | (12) | Illinois Treasurer | Payment for Illinois Unclaimed Funds | 1229-000 | $102.15 | | $9,512.07 |

| | | | | TOTALS: | $13,300.15 | $3,788.08 | $9,512.07 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $13,300.15 | $3,788.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13,300.15 | $3,788.08 | |

**For the period of 7/16/2017 to 7/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,529.07 |
| Total Non-Compensable Receipts: | $3,771.08 |
| Total Comp/Non Comp Receipts: | $13,300.15 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.00 |
| Total Non-Compensable Disbursements: | $3,771.08 |
| Total Comp/Non Comp Disbursements: | $3,788.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/02/2018 to 7/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,529.07 |
| Total Non-Compensable Receipts: | $3,771.08 |
| Total Comp/Non Comp Receipts: | $13,300.15 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.00 |
| Total Non-Compensable Disbursements: | $3,771.08 |
| Total Comp/Non Comp Disbursements: | $3,788.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2                    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 17-21150 |
| **Case Name:** | ESTRADA, LEONARDO  AND MORALES, IRENE |
| **Primary Taxpayer ID #:** | **-***2527 |
| **Co-Debtor Taxpayer ID #:** | **-***2528 |
| **For Period Beginning:** | 7/16/2017 |
| **For Period Ending:** | 7/29/2018 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,300.15 | $3,788.08 | $9,512.07 |

**For the period of 7/16/2017 to 7/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,529.07 |
| Total Non-Compensable Receipts: | $3,771.08 |
| Total Comp/Non Comp Receipts: | $13,300.15 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.00 |
| Total Non-Compensable Disbursements: | $3,771.08 |
| Total Comp/Non Comp  Disbursements: | $3,788.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  07/16/2017 to 7/29/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,529.07 |
| Total Non-Compensable Receipts: | $3,771.08 |
| Total Comp/Non Comp Receipts: | $13,300.15 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.00 |
| Total Non-Compensable Disbursements: | $3,771.08 |
| Total Comp/Non Comp  Disbursements: | $3,788.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 17-21150 | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO  AND MORALES, IRENE | | | | | | | Date: 7/29/2018 |
| Claims Bar Date: | 02/28/2018 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,702.91 | $0.00 | $0.00 | $0.00 | $1,702.91 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $37.22 | $0.00 | $0.00 | $0.00 | $37.22 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $33.26 | $0.00 | $0.00 | $0.00 | $33.26 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $760.00 | $0.00 | $0.00 | $0.00 | $760.00 |
| 2 | NAVIENT SOLUTIONS, LLC<br><br>220 Lasley Ave Wilkes-Barre PA 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,731.97 | $0.00 | $0.00 | $0.00 | $20,731.97 |
| 1 | DISCOVER BANK<br><br>Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,760.98 | $0.00 | $0.00 | $0.00 | $5,760.98 |
| 3 | CAVALRY SPV I, LLC<br><br>Assignee of Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200 Tucson AZ 85712 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,096.25 | $0.00 | $0.00 | $0.00 | $1,096.25 |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No. | 17-21150 |
|---|---|
| Case Name: | ESTRADA, LEONARDO  AND MORALES, IRENE |
| Claims Bar Date: | 02/28/2018 |

Trustee Name: David Leibowitz

Date: 7/29/2018

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | U.S. BANK NATIONAL ASSOCIATION<br><br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO<br>63166-0108 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,969.47 | $0.00 | $0.00 | $0.00 | $3,969.47 |

**Claim Notes:**   (4-1) Credit Card 0347

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | U.S. BANK NATIONAL ASSOCIATION<br><br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO<br>63166-0108 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,991.25 | $0.00 | $0.00 | $0.00 | $5,991.25 |

**Claim Notes:**   (5-1) Credit Card 7667

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,919.17 | $0.00 | $0.00 | $0.00 | $11,919.17 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,673.75 | $0.00 | $0.00 | $0.00 | $1,673.75 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $660.91 | $0.00 | $0.00 | $0.00 | $660.91 |
| 9 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,865.99 | $0.00 | $0.00 | $0.00 | $1,865.99 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

**Case No.**      17-21150                                                                                     **Trustee Name:** David Leibowitz

**Case Name:**   ESTRADA, LEONARDO  AND MORALES, IRENE                                **Date:** 7/29/2018

**Claims Bar Date:**   02/28/2018

| | | | | |
|---|---|---|---|---|
| $56,203.13 | $0.00 | $0.00 | $0.00 | $56,203.13 |

| Case No. | 17-21150 | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO  AND MORALES, IRENE | | | | Date: 7/29/2018 |
| Claims Bar Date: | 02/28/2018 | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $33.26 | $33.26 | $0.00 | $0.00 | $0.00 | $33.26 |
| Attorney for Trustee Fees (Trustee Firm) | $760.00 | $760.00 | $0.00 | $0.00 | $0.00 | $760.00 |
| General Unsecured § 726(a)(2) | $20,731.97 | $20,731.97 | $0.00 | $0.00 | $0.00 | $20,731.97 |
| Payments to Unsecured Credit Card Holders | $32,937.77 | $32,937.77 | $0.00 | $0.00 | $0.00 | $32,937.77 |
| Trustee Compensation | $1,702.91 | $1,702.91 | $0.00 | $0.00 | $0.00 | $1,702.91 |
| Trustee Expenses | $37.22 | $37.22 | $0.00 | $0.00 | $0.00 | $37.22 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        17-21150
Case Name:    LEONARDO ESTRADA
                      IRENE MORALES
Trustee Name:   David P. Leibowitz

Balance on hand:          $9,512.07

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $9,512.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,702.91 | $0.00 | $1,702.91 |
| David P. Leibowitz, Trustee Expenses | $37.22 | $0.00 | $37.22 |
| Lakelaw, Attorney for Trustee Fees | $760.00 | $0.00 | $760.00 |
| Lakelaw, Attorney for Trustee Expenses | $33.26 | $0.00 | $33.26 |

Total to be paid for chapter 7 administrative expenses:          $2,533.39
Remaining balance:          $6,978.68

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $6,978.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:          $0.00

UST Form 101-7-TFR (5/1/2011)

|  | Remaining balance: | $6,978.68 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $53,669.74 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,760.98 | $0.00 | $749.10 |
| 2 | Navient Solutions, LLC | $20,731.97 | $0.00 | $2,695.78 |
| 3 | Cavalry SPV I, LLC | $1,096.25 | $0.00 | $142.55 |
| 4 | U.S. Bank National Association | $3,969.47 | $0.00 | $516.15 |
| 5 | U.S. Bank National Association | $5,991.25 | $0.00 | $779.04 |
| 6 | PYOD, LLC its successors and assigns as assignee | $11,919.17 | $0.00 | $1,549.85 |
| 7 | PYOD, LLC its successors and assigns as assignee | $1,673.75 | $0.00 | $217.64 |
| 8 | PYOD, LLC its successors and assigns as assignee | $660.91 | $0.00 | $85.94 |
| 9 | Synchrony Bank | $1,865.99 | $0.00 | $242.63 |

| Total to be paid to timely general unsecured claims: | $6,978.68 |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**