**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-21150 |
| | § | |
| LEONARDO ESTRADA | § | |
| IRENE MORALES | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $104,477.00 | Assets Exempt: | $29,828.45 |
| Total Distributions to Claimants: | $6,978.68 | Claims Discharged Without Payment: | $62,487.06 |
| Total Expenses of Administration: | $2,550.39 | | |

3) Total gross receipts of $13,300.15 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,771.08 (see **Exhibit 2**), yielded net receipts of $9,529.07 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $108,658.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,550.39 | $2,550.39 | $2,550.39 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $69,173.00 | $53,669.74 | $53,669.74 | $6,978.68 |
| **Total Disbursements** | $177,831.00 | $56,220.13 | $56,220.13 | $9,529.07 |

4). This case was originally filed under chapter 7 on 07/16/2017. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2018     By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $8,198.00 |
| IL Unclaimed Funds (Claim #6806368) | 1229-000 | $102.15 |
| Fraudulent transfer claim for recovery of payments made to Citibank for charges on debtor's father's credit card | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $13,300.15 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| LEONARDO ESTRADA & IRINA MORALES | Funds to Third Parties | 8500-002 | $3,771.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,771.08 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Savings Bank Of | 4110-000 | $85,477.00 | $0.00 | $0.00 | $0.00 |
| | Pnc Bank | 4110-000 | $23,181.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $108,658.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,702.91 | $1,702.91 | $1,702.91 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $37.22 | $37.22 | $37.22 |
| Green Bank | 2600-000 | NA | $17.00 | $17.00 | $17.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $760.00 | $760.00 | $760.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $33.26 | $33.26 | $33.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $2,550.39 | $2,550.39 | $2,550.39 |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,760.00 | $5,760.98 | $5,760.98 | $749.10 |
| 2 | Navient Solutions, LLC | 7100-000 | $20,176.00 | $20,731.97 | $20,731.97 | $2,695.78 |
| 3 | Cavalry SPV I, LLC | 7100-900 | $961.00 | $1,096.25 | $1,096.25 | $142.55 |
| 4 | U.S. Bank National Association | 7100-900 | $3,982.00 | $3,969.47 | $3,969.47 | $516.15 |
| 5 | U.S. Bank National Association | 7100-900 | $6,428.00 | $5,991.25 | $5,991.25 | $779.04 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $11,919.00 | $11,919.17 | $11,919.17 | $1,549.85 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,592.00 | $1,673.75 | $1,673.75 | $217.64 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $660.00 | $660.91 | $660.91 | $85.94 |
| 9 | Synchrony Bank | 7100-900 | $1,899.00 | $1,865.99 | $1,865.99 | $242.63 |
|  | 1st Financial Bank USA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bk Of Amer | 7100-000 | $1,958.00 | $0.00 | $0.00 | $0.00 |
|  | Cap1/bstby | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Carmax Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $2,292.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $2,223.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Citibank / Sears | 7100-000 | $4,650.00 | $0.00 | $0.00 | $0.00 |
| Citibank North America | 7100-000 | $4,673.00 | $0.00 | $0.00 | $0.00 |
| Devry Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohls/Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kohls/Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Time Resolutions | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Syncb/whitehall | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Us Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $69,173.00 | $53,669.74 | $53,669.74 | $6,978.68 |

**UST Form 101-7-TDR (10/1/2010)**

Case 17-21150 Doc 42 Filed 10/17/18 Entered 10/17/18 14:02:24 Desc Main
Document Page 6 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 17-21150 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO AND MORALES, IRENE | | | Date Filed (f) or Converted (c): | 07/16/2017 (f) |
| For the Period Ending: | 10/2/2018 | | | §341(a) Meeting Date: | 08/16/2017 |
| | | | | Claims Bar Date: | 02/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 518 Normal Ave Chicago Heights, IL - 60411-0000 Cook | $105,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2016 Chrysler Town and County Van | $19,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2004 Dodge Ram (179k miles) | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CarMax Appraisal: $700 | | | | | |
| 4 | Personal possessions in home at liquidation value | $1,899.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value updated per amended schedule B filed 09/06/2017 (dkt #18). | | | | | |
| 5 | Personal clothing | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Necklaces, earrings, wedding band. | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Checking US Bank | $862.45 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedule B filed 11/02/2017 (dkt #24) | | | | | |
| 8 | Savings US Bank | $50.00 | $0.00 | | $0.00 | FA |
| 9 | 401k Employer | $1,066.00 | $0.00 | | $0.00 | FA |
| 10 | Fraudulent transfer claim for recovery of payments made to Citibank for charges on debtor's father's credit card (u) | $0.00 | $5,900.00 | | $5,000.00 | FA |
| Asset Notes: | Payments were disclosed on SOFA and on original schedule B (later deleted); Trustee demanded recovery from Citibank on fraudulent transfer grounds and obtained settlement for $5,000, approved by order dated 02/01/2018 (dkt #33). | | | | | |
| 11 | 2016 Tax Refund: $6492 (EIC: $301; CTC: $4000) (u) | $2,191.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Added by amended schedule B filed 09/06/2017 (dkt #18). | | | | | |
| 12 | IL Unclaimed Funds (Claim #6806368) (u) | $0.00 | $102.15 | | $102.15 | FA |
| Asset Notes: | Submitted 2/12/18 | | | | | |
| 13 | 2017 Federal Income Tax Refund (u) | $0.00 | $4,426.92 | | $8,198.00 | FA |
| Asset Notes: | Debtors' Pro-Rated Portion: $3771.08 | | | | | |
| 14 | 2016 IL Tax Refund (u) | $537.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Added by amended schedule B filed 11/02/2017 (dkt #24) | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2          Exhibit 8

| Case No.: | 17-21150 | | Trustee Name: | David Leibowitz |
| Case Name: | ESTRADA, LEONARDO AND MORALES, IRENE | | Date Filed (f) or Converted (c): | 07/16/2017 (f) |
| For the Period Ending: | 10/2/2018 | | §341(a) Meeting Date: | 08/16/2017 |
| | | | Claims Bar Date: | 02/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $134,305.45 | $10,429.07 | | $13,300.15 | $0.00 |

**Major Activities affecting case closing:**

06/30/2018    2018 Reporting Period:

The Trustee recovered $5,000.00 from Citibank for a fraudulent transfer made by the Debtor to pay his father's credit card bill.  Additionally, the Trustee recovered unclaimed funds held in the Debtors' names by the Illinois Treasurer, and intercepted Debtors' 2017 Federal Income Tax refund, of which, the estate portion is $4,426.92.

The Trustee's Final Report was submitted for UST review on July 30, 2018.

| Initial Projected Date Of Final Report (TFR): | 11/22/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-21150 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO AND MORALES, IRENE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2527 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | **-***2528 | Account Title: | |
| For Period Beginning: | 7/16/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2018 | (10) | Citibank, NA | Settlement of fraudulent transfer claim for recovery of payments made to Citibank | 1241-000 | $5,000.00 | | $5,000.00 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.42 | $4,995.58 |
| 03/23/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $8,198.00 | | $13,193.58 |
| | {13} | | Estate Portion - 2017 Federal Income Tax Refund    $4,426.92 | 1224-000 | | | $13,193.58 |
| | {13} | | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund    $3,771.08 | 1280-002 | | | $13,193.58 |
| 03/23/2018 | 3001 | LEONARDO ESTRADA & IRINA MORALES | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $3,771.08 | $9,422.50 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $12.58 | $9,409.92 |
| 04/06/2018 | (12) | Illinois Treasurer | Payment for Illinois Unclaimed Funds | 1229-000 | $102.15 | | $9,512.07 |
| 09/12/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,702.91 | $7,809.16 |
| 09/12/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $37.22 | $7,771.94 |
| 09/12/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $760.00; Distribution Dividend: 100.00%; | 3110-000 | | $760.00 | $7,011.94 |
| 09/12/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $33.26; Distribution Dividend: 100.00%; | 3120-000 | | $33.26 | $6,978.68 |
| 09/12/2018 | 3006 | Discover Bank | Claim #: 1; Amount Claimed: $5,760.98; Distribution Dividend: 13.00%; | 7100-900 | | $749.10 | $6,229.58 |
| 09/12/2018 | 3007 | Navient Solutions, LLC | Claim #: 2; Amount Claimed: $20,731.97; Distribution Dividend: 13.00%; | 7100-000 | | $2,695.78 | $3,533.80 |
| 09/12/2018 | 3008 | Cavalry SPV I, LLC | Claim #: 3; Amount Claimed: $1,096.25; Distribution Dividend: 13.00%; | 7100-900 | | $142.55 | $3,391.25 |
| 09/12/2018 | 3009 | U.S. Bank National Association | Claim #: 4; Amount Claimed: $3,969.47; Distribution Dividend: 13.00%; | 7100-900 | | $516.15 | $2,875.10 |
| 09/12/2018 | 3010 | U.S. Bank National Association | Claim #: 5; Amount Claimed: $5,991.25; Distribution Dividend: 13.00%; | 7100-900 | | $779.04 | $2,096.06 |
| 09/12/2018 | 3011 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: $11,919.17; Distribution Dividend: 13.00%; | 7100-900 | | $1,549.85 | $546.21 |
| | | | **SUBTOTALS** | | **$13,300.15** | **$12,753.94** | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-21150 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO AND MORALES, IRENE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2527 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | **-***2528 | | Account Title: | |
| For Period Beginning: | 7/16/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2018 | 3012 | PYOD, LLC its successors and assigns as assignee | Claim #: 7; Amount Claimed: $1,673.75; Distribution Dividend: 13.00%; | 7100-900 | | $217.64 | $328.57 |
| 09/12/2018 | 3013 | PYOD, LLC its successors and assigns as assignee | Claim #: 8; Amount Claimed: $660.91; Distribution Dividend: 13.00%; | 7100-900 | | $85.94 | $242.63 |
| 09/12/2018 | 3014 | Synchrony Bank | Claim #: 9; Amount Claimed: $1,865.99; Distribution Dividend: 13.00%; | 7100-900 | | $242.63 | $0.00 |
| | | | TOTALS: | | $13,300.15 | $13,300.15 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $13,300.15 | $13,300.15 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13,300.15 | $13,300.15 | |

| For the period of 7/16/2017 to 10/2/2018 | | For the entire history of the account between 02/02/2018 to 10/2/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,529.07 | Total Compensable Receipts: | $9,529.07 |
| Total Non-Compensable Receipts: | $3,771.08 | Total Non-Compensable Receipts: | $3,771.08 |
| Total Comp/Non Comp Receipts: | $13,300.15 | Total Comp/Non Comp Receipts: | $13,300.15 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,529.07 | Total Compensable Disbursements: | $9,529.07 |
| Total Non-Compensable Disbursements: | $3,771.08 | Total Non-Compensable Disbursements: | $3,771.08 |
| Total Comp/Non Comp Disbursements: | $13,300.15 | Total Comp/Non Comp Disbursements: | $13,300.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 3    Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-21150 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ESTRADA, LEONARDO AND MORALES, IRENE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2527 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | **-***2528 | Account Title: | |
| For Period Beginning: | 7/16/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $13,300.15 | $13,300.15 | $0.00 |

| For the period of 7/16/2017 to 10/2/2018 | | For the entire history of the case between 07/16/2017 to 10/2/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,529.07 | Total Compensable Receipts: | $9,529.07 |
| Total Non-Compensable Receipts: | $3,771.08 | Total Non-Compensable Receipts: | $3,771.08 |
| Total Comp/Non Comp Receipts: | $13,300.15 | Total Comp/Non Comp Receipts: | $13,300.15 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,529.07 | Total Compensable Disbursements: | $9,529.07 |
| Total Non-Compensable Disbursements: | $3,771.08 | Total Non-Compensable Disbursements: | $3,771.08 |
| Total Comp/Non Comp Disbursements: | $13,300.15 | Total Comp/Non Comp Disbursements: | $13,300.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ